■    In the Matter of Louis Liebowitz, Petitioner, v. Robert B. Lowery, as Commissioner of the Fire Department of the City of New York, Respondent. — Determination of respondent Fire Commissioner unanimously annulled, on the law, as to charge numbered 3 and as to the penalty of dismissal imposed upon the finding of guilt of charge numbered 1, specification (c) thereof, and otherwise confirmed, without costs and without disbursements, and the proceeding remanded to respondent for imposition of an appropriate penalty. As to charge 3, respondent concedes that petitioner's refusal to waive immunity before the Grand Jury does not provide a basis for dismissal (*Gardner* v. *Broderick*, 392 U. S. 273). As to the remaining charge, we find substantial evidence in the record for the finding of guilt in petitioner's having accepted a card at Christmas, exchangeable for a bottle of liquor, obviously emanating from a business concern whose premises it was petitioner's duty to inspect. We are of the opinion, however, that guilt of this sole remaining charge does not warrant the imposition of the severe penalty of dismissal (*Matter of Murray* v. *Murphy*, 24 N Y 2d 150). Concur — Stevens, P. J., Eager, Tilzer, McGivern and Markewich, JJ.

■    Faustino Lugo, Plaintiff, v. Albert Redmond, Defendant. Samuel M. Zuckerman, as Substituted Attorney for Plaintiff, Faustino Lugo, Appellant, v. Saul S. Sharison, as Outgoing Attorney for Plaintiff, Faustino Lugo, Respondent. — Order, entered May 14, 1968, fixing lien in the sum of 65% in favor of the outgoing attorney, reversed, on the law and facts, without costs and without disbursements, and the matter remanded to a Special Referee to take proof of the value of the outgoing attorney's services. On this record, by reason of the conflicting statements made in the affidavits, it cannot be said that the major portion of the work was completed by the prior attorney. The matter of the disposition of the check is referred to Special Term. Concur — Capozzoli, J. P., Tilzer, Markewich, Nunez and McNally, JJ.

■    Hartford Accident and Indemnity Co. et al., Respondents, v. Reliance Insurance Company, Appellant. — Judgment unanimously affirmed on the opinion of Mr. Justice Streit, with $50 costs and disbursements to the respondents. No opinion. Concur — Capozzoli, J. P., Markewich, Nunez and Steuer, JJ.